UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOMINION REBAR COMPANY and
BARKER STEEL COMPANY, INC.
Plaintiffs
VS. : C.A. NO. 05-

SAFECO INSURANCE COMPANY
OF AMERICA
Defendant

[redacted] 05 259 T

## COMPLAINT

## PARTIES & JURISDICTION

1. Plaintiff, Dominion Rebar Company ("Dominion") is a corporation duly organized and existing under the laws of Rhode Island with its principal place of business located 30 Lockbridge Street, Pawtucket, Rhode Island 02860.

2. Plaintiff, Barker Steel Company, Inc. ("Barker") is a corporation duly organized and existing under the laws of Massachusetts and duly qualified as a foreign corporation under the laws of Rhode Island with an office in Pawtucket, Rhode Island.

3. Defendant, Safeco Insurance Company of America ("Safeco") is a bonding company with a principal place of business in Seattle, Washington.

4. Dominion and Barker are material suppliers of steel and steel related products. Barker, is the successor in interest to Dominion in that it continued to supply steel for Dominion contracts after it had acquired the assets of Dominion.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, because the matter in controversy exceeds the sum of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and because there is complete diversity of citizenship between the parties.

6. Venue is proper in the District of Rhode Island under 28 U.S.C. §1391(a) because a substantial part of the events or omissions giving rise to the claims alleged occurred in this District.

## FACTUAL BACKGROUND

7. In or around March of 2001 Cardi Corporation entered into a contract with the State of Rhode Island for the Relocated Route 403, Post Road Interchange Phase 1 ("the Route 403, Phase 1 Contract").

8. In September of 2002 and continuing thereafter, Dominion and Barker provided materials to Ravin Steel, Inc., a subcontractor to Cardi Corporation on the Route 403, Phase 1 Contract.

9. In February 2002 Cardi Corporation entered into a contract with the State of Rhode Island for the Reconstruction of the Meshanticut Interchange Bridges Number 25 and 424 in Cranston, Rhode Island (the "Meshanticut Interchange Contract").

10. In August of 2002 and continuing thereafter Dominion and Barker provided materials to Ravin Steel, Inc., subcontractor to Cardi Corporation, on the Meshanticut Interchange Contract.

11. In February of 2002 Cardi Corporation entered into a contract with the State of Rhode Island for the relocated Route 403 West Davisville Road Interchange North Kingstown, Rhode Island (the "West Davisville Road Interchange Contract").

12. In June of 2003 and continuing thereafter Barker Steel provided materials to Ravin Steel, Inc., Subcontractor to Cardi Corporation on the West Davisville Road Interchange Contract.

13. In December of 2002 Cardi Corporation entered into a contract with the State of Rhode Island for the North Kingstown Transfer Station - Relocated Route 4 (the "Relocated Route 4 Contract").

14. In April of 2003 and continuing thereafter Dominion provided materials to Ravin Steel, Inc., subcontractor to Cardi Corporation on the Relocated Route 4 Contract.

15. Dominion and Barker have not been paid for the materials supplied on the Route 403 Phase 1 Contract, Meshanticut Interchange Contract, West Davisville Road Interchange Contract and the Relocated Route 4 Contract (hereinafter collectively the "Rhode Island Projects").

16. Dominion and Barker made demand upon Safeco, as surety, for payments of the sum owed Dominion and Barker for materials supplied by them in the Rhode Island Projects.

17. Dominion and Barker made demand upon Ravin Steel, Inc. and Cardi Corporation for the sums owed them but they have not received payment.

**COUNT I - SUIT ON PAYMENT BOND**

18. Dominion and Barker repeat and reallege the allegations of paragraphs 1 through 17 of this Complaint as though fully set forth therein.

19. Cardi Corporation has failed to insure that its subcontractor, Ravin Steel, Inc., made payment to Dominion and Barker for material supplied by them on the Rhode Island Projects, and, therefore, Safeco is liable under the payment bonds issued on the Rhode Island Prjects (the "Safeco Bonds").

20. Safeco's failure to comply with its obligations under the Safeco Bonds constituted a breach of Safeco's obligations.

21. Dominion and Barker are beneficiaries of the Safeco Bonds.

22. Dominion and Barker have been damaged by Safeco's breach in the amount of $222,479.67, plus interest and attorneys' fees.

WHEREFORE, Dominion and Barker demand judgment against Safeco in the amount of $222,479.67, plus interest and attorneys' fees and for such other relief as this Court deems just.

DATED: June 14, 2005.

Respectfully submitted,
DOMINION REBAR COMPANY and
BARKER STEEL COMPANY, INC.
By Their Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

John T. Walsh, Jr., #0483
123 Dyer Street
Providence, RI 02903
Tel. No. (401) 272-3500
Fax. No. (401) 273-8780

***Plaintiffs Demand a trial by Jury.***