UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. | : | |
| V. | : | C.A. NO. 05-0259T |
| SAFECO INSURANCE COMPANY OF AMERICA | : | |

**ENTRY OF APPEARANCE**

NOW COMES John E. Bulman, Esquire of the law firm of Little Medeiros Kinder Bulman & Whitney, P.C., and hereby enters his appearance as Attorney of record for the Defendants Safeco Insurance Company of America.

Defendants,
SAFECO INSURANCE COMPANY
OF AMERICA

By their attorney,

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July 2005 I served by first-class mail a true copy of the within ENTRY OF APPEARANCE to:

John T. Walsh, Jr., Esq.
Higgins Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

F:\j\cardiCorp\dOMINION REBAR\Entry of Appearance.doc