UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. :
:
:
V. : C.A. NO. 05-0259T
:
SAFECO INSURANCE COMPANY OF AMERICA :

## STIPULATION

It is hereby agreed by the parties that the Defendant, ~~Cardi Corp.~~ Safeco Insurance Company of America, shall have up to and including July 21, 2005 to answer or otherwise respond to the Complaint in the above-captioned matter.

John T. Walsh, Jr., Esq. (#0483)
Higgins Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
(401) 272-3500
Fax: (401) 273-8780

Dated: 7-7-05

John E. Bulman, Esq. (#3147)
Little Medeiros Kinder Bulman
& Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: 7-7-05

F:\JOHN\CardiCorp\DOMINION REBAR\STIPULATION 070505.doc