# United States District Court

DISTRICT OF

DOMINION REBAR COMPANY and
BARKER STEEL COMPANY, INC.
Plaintiffs

v.

V.

SAFECO INSURANCE COMPANY OF AMERICA
Defendant, Third-Party Plaintiff

v.

RAVIN STEEL COMPANY
Third-Party Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-259T

TO: (Name and address of defendant)
Lawrence P. McCarthy, III, Esq.
Registered Agent for: Ravin Steel, Inc.
123 Dyer Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/28/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE Aug. 1, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: A.F.S. Lawrence McCarthy Esq. 123 Dyer St. Providence Ravin Steel Co.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 40.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug. 1, 2005
*Date*

[signature]
*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

FILED
2005 AUG 11 A 11:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.