UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC.<br>Plaintiffs | : | |
| vs. | : | C.A. NO. 05-259T |
| SAFECO INSURANCE COMPANY OF AMERICA<br>Defendant. Third Party Plaintiff | : | |
| vs. | : | |
| RAVIN STEEL COMPANY<br>Third Party Defendant | : | |

ENTRY OF APPEARANCE

I hereby enter my appearance for Third Party Ravin Steel Company, in the above-captioned matter.

THIRD PARTY DEFENDANT,
RAVIN STEEL COMPANY,
By its attorney,

PETER J. POULOS, ESQ., #4517
1225 Cranston Street
Cranston, RI 02920
401-946-7022

RECEIVED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND