UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. Plaintiffs | : | |
| vs. | : | C.A. NO. 05-259T |
| SAFECO INSURANCE COMPANY OF AMERICA Defendant. Third Party Plaintiff | : | |
| vs. | : | |
| RAVIN STEEL COMPANY Third Party Defendant | : | |

ANSWER OF THIRD PARTY DEFENDANT RAVIN STEEL COMPANY TO THIRD PARTY PLAINTIFF'S COMPLAINT

Now comes the Third Party Defendant, Ravin Steel Company, and answers the Third Party Plaintiff's complaint as follows:

1. The Third Party Defendant admits the allegations made in paragraph 1 of Third Party Plaintiff's Complaint.

2. The Third Party Defendant admits the allegations made in paragraph 2 of Third Party Plaintiff's Complaint.

3. The Third Part Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 4 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

4. The Third Party Defendant admits the allegations made in paragraph 4 of Third Party Plaintiff's Complaint.

5. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 5 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

6. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 6 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

7. The Third Party Defendant admits the allegations made in paragraph 7 of Third Party

Plaintiff's Complaint.

8. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 8 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

9. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 9 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

10. The Third Party Defendant admits the allegations made in paragraph 10 of Third Party Plaintiff's Complaint.

The Third Part Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 11 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 12 of Plaintiff's Complaint and leaves the Plaintiff to her proof thereon.

12. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 12 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

13. The Third Party Defendant admits the allegations made in paragraph 13 of Third Party Plaintiff's Complaint.

14. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 15 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

15. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 16 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

16. The Third Party Defendant admits the allegations made in paragraph 16 of Third Party Plaintiff's Complaint.

17. The Third Party Defendant admits the allegations made in paragraph 17 of Third Party Plaintiff's Complaint.

18. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 18 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

19. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 19 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

COUNT I

20. Third Party Defendant hereby incorporates its answers in Paragraphs 1 though 19 as if fully stated herein.

21. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 21 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

22. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 22 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

23. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 23 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

24. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 24 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

WHEREFORE, the Third Party Defendant prays that the Court enter a judgment dismissing the Third Party Plaintiff's complaint, and that this Third Party Defendant be reimbursed the costs of defending this matter and that the Court award any additional relief it deems just and proper under the circumstances of this case.

COUNT III

25. Third Party Defendant hereby incorporates its answers in Paragraphs 1 though 24 as if fully stated herein.

26. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 26 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

27. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 27 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

28. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 28 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

29. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 29 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

30. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 30 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

31. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 31 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

32. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 32 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

WHEREFORE, the Third Party Defendant prays that the Court enter a judgment dismissing the Third Party Plaintiff's complaint, and that this Third Party Defendant be reimbursed the costs of defending this matter and that the Court award any additional relief it deems just and proper under the circumstances of this case.

## COUNT IV

33. Third Party Defendant hereby incorporates its answers in Paragraphs 1 though 32 as if fully stated herein.

34. The Third Party Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations made in paragraph 34 of Third Party Plaintiff's Complaint and leaves the Third Party Plaintiff to its proof thereon.

35. The Third Party Defendant denies the allegations made in paragraph 35 of Third Party Plaintiff's Complaint.

36. The Third Party Defendant denies the allegations made in paragraph 36 of Third Party Plaintiff's Complaint.

WHEREFORE, the Third Party Defendant prays that the Court enter a judgment dismissing the Third Party Plaintiff's complaint, and that this Third Party Defendant be reimbursed the costs of defending this matter and that the Court award any additional relief it deems just and proper under the circumstances of this case.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Third Party Plaintiff's complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Third Party Defendant reserves the right to raise additional defenses as they become apparent through discovery.

THIRD PARTY DEFENDANT,
RAVIN STEEL COMPANY,
By its attorney,

PETER J. POULOS, ESQ., #4517
1225 Cranston Street
Cranston, RI 02920
401-946-7022

CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the within Entry of Appearance and Answer of Third Party Defendant Ravin Steel Company by first class mail, postage prepaid on this 17th day of August, 2005 to the following:

John E. Bulman, Esquire
Little, Mederios, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

John T. Walsh, Jr.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

______________________________