UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. Plaintiffs | : | |
| VS. | : | C.A. NO. 05-259T |
| SAFECO INSURANCE COMPANY OF AMERICA Defendant | : | |
| VS. | : | |
| RAVIN STEEL COMPANY Third-Party Defendant | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE**

John T. Walsh, Jr. hereby withdraws his Entry of Appearance for the plaintiffs, Dominion Rebar Company and Barker Steel Company, Inc. and Michael A. Kelly hereby enters his appearance for the plaintiffs, Dominion Rebar Company and Barker Steel Company, Inc.

Michael A. Kelly #
Law Firm of Michael A. Kelly
55 Pine Street
Providence, RI 02903
(401) 490-7334

John T. Walsh, Jr., #0483
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: 9/26/05