UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. | : | |
| V. | : | C.A. NO. 05-0259T |
| SAFECO INSURANCE COMPANY OF AMERICA | : | |
| V. | : | |
| RAVIN STEEL COMPANY | : | |

**WRITTEN REPORT PURSUANT TO RULE 26(f)**

The parties have conducted conferences in accordance with Fed. R. Civ. P 26(f) and jointly submit the following discovery plan:

1. No changes are required in the form or requirements of Rule 26(a) by the parties. The parties have agreed that such disclosures shall be made on or before November 18, 2005.

2. A. Defendant Safeco Insurance Company of America will be conducting discovery in the following general areas:

- Whether Dominion Rebar Company, having sold its assets or receivables to Barker, has the right or standing to bring these claims.
- Whether Dominion Rebar Company and Barker Steel Company complied with the notice and timing requirements under the surety bonds at issue in this matter.

- Whether the quantities and types of steel that Dominion Rebar Company and Barker Steel Company claim to have delivered to Safeco Insurance Company's principal, Cardi Corporation, were in fact delivered.
- What payments Ravin Steel Company received from Cardi Corporation relating to the four projects in issue and whether Ravin Steel Company properly applied payments received by Cardi Corporation.
- Whether Dominion Rebar Company and Barker Steel Company properly credited payments.

B. Dominion Rebar Company and Barker Steel Company, Inc. will be conducting discovery in the following general areas:

- The steel requirements, by quantity and type, for the Route 403 Phase 1 Project.
- The amount of steel incorporated, by quantity and type, into the Route 403 Phase 1 Project.
- Payments Cardi Corporation made to Ravin Steel Company on all projects.
- Application by Ravin Steel Company of payments received from Cardi Corporation on all projects.
- Contracts between Ravin Steel Company and Cardi Corporation on all projects.

- Contracts and plans between Cardi Corporation and Rhode Island Department of Transportation on all projects.
- Correspondence between Cardi Corporation and Rhode Island Department of Transportation and Ravin Steel Company on Ravin's work on the projects.
- Payment documentation by Rhode Island Department of Transportation to Cardi Corporation and/or Ravin Steel Company for work by Ravin Steel Company.

C. Ravin Steel Company will be conducting discovery in the following general areas:

- How did Dominion Rebar Company and Barker Steel Company apply payments made by Ravin Steel Company; which projects were credited.
- What payments were made by Ravin Steel Company to Dominion Rebar Company and Barker Steel Company and when were they received.
- What amounts are Dominion Rebar Company and Barker Steel Company claiming they are owed by Ravin Steel Company.
- What payments did Cardi Corporation make to Ravin Steel Company.

The foregoing general areas do not limit the right of the parties to conduct discovery in areas as the litigation proceeds. The discovery should not be conducted in phases nor limited in any way. Discovery should be completed in four (4) months.

3. No changes suggested by the parties.

4. None.

John E. Bulman #3147
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
401-272-8080
401-521-3555 (facsimile)
Counsel for Safeco Insurance Company
of America

Peter J. Poulos #4517
Law Offices of
Pasquale A. Scavitti, III
1225 Cranston Street
Cranston, RI 02920
(401) 946-7022
(401) 942-5142 (facsimile)
Counsel for Ravin Steel Company

Michael A. Kelly #2116
Law Offices of Michael A. Kelly
55 Pine Street
Providence, RI 02903
(401) 490-7334
(401) 490-7874 (facsimile)
Counsel for Dominion Rebar Company and Barker Steel Company

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and complete copy of the foregoing Written Report Pursuant to Rule 26(f) was served this 28th day of October, 2005, by sending a copy of the same via U.S. Mail, postage prepaid, to:

Michael A. Kelly, Esq.
Law Offices of Michael A. Kelly
55 Pine Street
Providence, RI 02903

Peter J. Poulos, Esq.
Law Offices of Pasquale A. Scavitti, III
1225 Cranston Street
Cranston, RI 02920