RECEIVED
NOV 07 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DOMINION REBAR COMPANY and
BARKER STEEL COMPANY, INC.
Plaintiffs
v.

SAFECO INSURANCE COMPANY
OF AMERICA
Defendant
v.

RAVIN STEEL COMPANY
Third-Party Defendant

CA. No. 05-259T

**STIPULATION**

It is hereby agreed to between the parties that Plaintiffs' response to Defendant's Amended First Request for Production of Documents and Interrogatories shall be due on December 11, 2005.

Plaintiff
By their Attorneys,

Michael A. Kelly, Esquire (#2116)
John O. Mancini, Esquire (#6061)
Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: November 2, 2005

Defendants,
By their Attorneys,

John E. Bulman, Esq.
Little Mederios Kinder Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903
Tel#: (401) 272-8080

Dated: November 3, 2005

**CERTIFICATION**

I hereby certify that I caused on this 4th day of November, 2005 a true and accurate copy of the within Stipulation to be mailed, postage prepaid to:

Peter J. Poulos, Esq.
Law Offices of Pasquale A. Scavitti, III
1225 Cranston Street
Cranston, RI 02920

Wendy R. Novak