UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINION REBAR COMPANY and
BARKER STEEL COMPANY, INC.
Plaintiffs

v.

SAFECO INSURANCE COMPANY
OF AMERICA
Defendant, Third-Party Plaintiff

v.

RAVIN STEEL COMPANY,
Third-Party Defendant

C.A. No. 05-259T

RECEIVED
JUN 13 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

The parties, by their undersigned counsel, hereby stipulate to the following:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), the complaint by Plaintiffs Dominion Rebar Company and Barker Steel Company, Inc. against Defendant Safeco Insurance Company of America is dismissed with prejudice, no costs.

2. Pursuant to Fed. R. Civ. P. 54 and 58, final judgment in the form attached hereto may enter in favor of Defendant/Third Party Plaintiff Safeco Insurance Company of America against Third Party Defendant Ravin Steel Company in the amount of $168,000, no prejudgment interest, no costs.

Michael A. Kelly, Esq. (#2116)
Law Offices of Michael A. Kelly
55 Pine Street
Providence, RI 02903
Tel: (401) 490-7334
Fax: (401) 490-7874

Date: 06-12-06

John E. Bulman (#3147)
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

Date: 06-12-06

Peter J. Poulos, Esq. (#4517)
Law Offices of Pasquale A. Scavitti, III
1225 Cranston Street
Cranston, RI 02920
Tel: (401) 946-7022
Fax: (401) 942-5142

Date: May 5, 2006

F:\JOHN\CardiCorp\DOMINION REBA \\Stip Fin Judg 041106.doc

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 6/16/06