UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINION REBAR COMPANY and BARKER STEEL COMPANY, INC. Plaintiffs | |
| v. | C.A. No. 05-259T |
| SAFECO INSURANCE COMPANY OF AMERICA Defendant, Third-Party Plaintiff | |
| v. | |
| RAVIN STEEL COMPANY, Third-Party Defendant | |

## FINAL JUDGMENT AS TO THIRD PARTY COMPLAINT

Judgment shall enter in favor of Third Party Plaintiff Safeco Insurance Company of America and against Third Party Defendant Ravin Steel Company in the amount of $168,000, no prejudgment interest or costs.

ENTERED this 20th day of June, 2006.

BY ORDER:

[signature]

ENTER:

Ernest C. Torres
6/20/06

Presented by:
Safeco Insurance Company of America
By its attorneys,

John E. Bulman (#3147)
Little Medeiros Kinder Bulman
& Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax (401) 521-3555

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006 I served by first-class mail a true copy of the within Final Judgment to:

Peter J. Poulos, Esq.
Law Offices of Pasquale A. Scavitti, III
1225 Cranston Street
Cranston, RI 02920

Michael A. Kelly, Esq.
Law Offices of Michael A. Kelly
55 Pine Street
Providence, RI 02903

F:\JOHN\CardiCorp\DOMINION REBAR\Final Judgment 041106.doc